UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR03-113 MJP |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| CASH KNOTT, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on July 2, 2008. The United States was represented by Assistant United States Attorney Norman Barbossa, and the defendant by Mr. John Lundin.

The defendant had been charged and convicted of Bank Fraud, Social Security Fraud and Identity Theft. On or about November 25, 2003, defendant was sentenced by the Honorable Marsha J. Pechman to a term of 18 months and 14 days of custody to be followed five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, that he make monthly restitution payments following his release from prison.

In a Petition for Warrant or Summons, dated November 17, 2005, U.S. Probation Officer Mark J. Chance asserted the following violations by defendant of the conditions of his supervised release:

SUMMARY REPORT OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

(1) Committing check fraud on or about 9/26/05 in Tacoma, Pierce County, Washington, in violation of the general condition that the defendant not commit another federl, state or local crime.

(2) Failing to make monthly restitution payments following the defendant's release from custody, in violation of special conditions 8 and 19.

The defendant was advised of his rights, acknowledged those rights, and admitted to the two alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on August 15, 2008 at 1:30.

Pending a final determination by the Court, the defendant was released to a halfway house. However, after release, it was discovered that the defendant was wanted on an extradictable warrant in Kittitas County, Washington. Accordingly, the bond was revoked, and the defendant made his appearance in Kittitas County. Subsequently, he made his initial appearance on his Rule 5 hearing before the undersigned on July 25, 2008. At that time, it was disclosed that there was no room in the halfway house. He was released to a Clean and Sober house, subject to an appearance bond.

DATED this 25th day of July, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:        Honorable Marsha J. Pechman
    AUSA:                 Mr. Norman Barbossa
    Defendant's attorney: Mr. John Lundin
    Probation officer:    Mr. Mark J. Chance